UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AUDREY LEE OTT,

       Plaintiff,                            Case No. 1:20-cv-13248

v.                                          Honorable Thomas L. Ludington
                                            United States District Judge
COMMISSIONER OF SOCIAL SECURITY,

                                            Honorable Patricia T. Morris
       Defendant.                       United States Magistrate Judge
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION,
GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT,
AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter is before this Court upon Magistrate Judge Patricia T. Morris's Report, ECF No. 19, recommending that the undersigned grant Defendant Commissioner of Social Security's motion for summary judgement, ECF No. 18, and deny Plaintiff Audrey Lee Ott's motion for summary judgment, ECF No. 17.

Although the Report states that the parties could object to and seek review of the recommendations within 14 days of service, neither Plaintiff nor Defendant filed any objections. They have therefore waived their right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also Howard v. Sec'y of Health & Hum. Servs.*, 932 F.2d 505 (6th Cir. 1991) (holding that claimants waive the right to appeal by filing a general objection to the report).

Accordingly, it is **ORDERED** that Magistrate Judge Morris's Report and Recommendation, ECF No. 19, is **ADOPTED**; Defendant's Motion for Summary Judgment, ECF No. 18, is **GRANTED**; and Plaintiff's Motion for Summary Judgment, ECF No. 17, is **DENIED**.

Dated: January 20, 2022                      s/Thomas L. Ludington
                                                        THOMAS L. LUDINGTON
                                                        United States District Judge